**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                    Case No.  6:05-cr-131-Orl-19KRS

**C. KEITH LAMONDA**
**JESSE W. LAMONDA**
**JOHN L. MAYNARD**

---

**AMENDED ORDER AND**
**NOTICE OF DISCOVERY CONFERENCE**

It is **ORDERED** that a Discovery Conference will be held on **THURSDAY, NOVEMBER 10, 2005**, at **10:00 a.m.**, before the undersigned Magistrate Judge in Courtroom 5, George C. Young United States Courthouse, 80 N. Hughey Avenue, Floor 5, Orlando, Florida 32801.  The defendants are encouraged to attend the conference, but their appearance is not required.  Counsel for the United States is not required to attend the conference.  Counsel for each defendant in this matter must attend the conference in person.

In light of the concerns raised by defense counsel, *see, e.g.,* doc. nos. 100, 101, 103, it is necessary to set forth the basis and scope of the conference.  Counsel for the defendants have informed the Court "that the defense will need additional time to properly prepare because of the massive amount of documents in the government's possession, the defense's possession, and in the possession of third parties in related civil and administrative collateral proceedings."  Doc. No. 100 at 5.  In light of these concerns, the Court seeks to ensure that the discovery process proceeds in an orderly fashion.  Hence, the purpose of the discovery conference in this matter is to identify any discovery disputes or impediments that may arise as early as possible so that they may be resolved by the Court.  This

procedure will assist the Court in managing its trial docket and help to facilitate the proper and orderly administration of the discovery process. During the conference, the Court will not participate in plea negotiations, question counsel about defense strategy, intrude into privileged or protected matters, or participate in or supervise the defense preparation for trial.

Counsel previously indicated concern about conducting the discovery conference in the presence of other attorneys in the case. Accordingly, I will hold separate *ex parte, in camera*, conference with each defense attorney, not in the presence of other defense counsel or counsel for the United States, if requested to do so by defense counsel. The record of such conferences will be made, but maintained under seal during the pendency of the case.

**DONE** and **ORDERED** in Orlando, Florida on this 9th day of November, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendants

**PLEASE NOTE**: **Photo I.D.** is required to enter the United States Courthouse. Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.