**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                    Case No.  6:05-cr-131-Orl-19KRS

**C. KEITH LAMONDA**
**JESSE W. LAMONDA**
**JOHN L. MAYNARD**

_____

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO ISSUE SUBPEONA DUCES TECUM FOR THOMAS MORAN, CONSERVATOR OF ACCELERATED BENEFITS CORPORATION (Doc. No. 151)** |
| **FILED:** | **January 18, 2006** |

It is **ORDERED** that Thomas Moran, Conservator of Accelerated Benefits Corporation, shall file and serve any objections he has to the proposed subpoena on or before January 30, 2006.  The Clerk of Court is directed to mail a copy of this Order and a copy of the above-referenced motion and attachments thereto to  Melvin R. McVay, Jr., Esq., counsel for the Conservator, Phillips, McFall,

McCaffery, McVay & Murrah, P.C., One Leadership Square, 12th Floor, Oklahoma City, Oklahoma 73102.

**DONE** and **ORDERED** in Orlando, Florida on this 19th day of January, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendants
Melvin R. McVay, Jr., Esq.