# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-　　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:05-cr-131-Orl-19KRS

**C. KEITH LAMONDA**
**JESSE W. LAMONDA**
**JOHN L. MAYNARD**

## ORDER

This cause came on for consideration following conferences before the Court. Based upon the discussions with the Court, and the undertakings indicated on the record by counsel for C. Keith Lamonda, it is **ORDERED** as follows:

1.　On or before March 20, 2006, counsel for C. Keith Lamonda shall file a renewed motion and memorandum of law seeking authority to issue a subpoena to the conservator pursuant to Fed. R. Crim. P. 17(c).

2.　The deadline for filing all other motions for leave to issue subpoenas pursuant for Rule 17(c) is March 24, 2006.

It is further **ORDERED** that all motions seeking leave to issue a subpoena pursuant to Rule 17(c) shall be accompanied by a certification that the movant has conferred in good faith with the proposed recipient of the subpoena, or counsel for the recipient, and shall state the extent to which they were able to agree on the issues raised in the motion. It is further **ORDERED** that all motions

seeking leave to issue a subpoena pursuant to Rule 17(c) shall be served on counsel of record and on the proposed recipient of the subpoena or the recipient's counsel.

**DONE** and **ORDERED** in Orlando, Florida on this 14th day of March, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Counsel for Defendants